IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GRACIELA GRANADOS, Pro Se, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:14-CV-0181 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| ACTING COMMISSIONER | § | |
| OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**and AFFIRMING DECISION OF COMMISSIONER**

Plaintiff has appealed the decision of the Social Security Administration denying plaintiff's application for a period of disability and disability insurance benefits under Title II and denying her application for supplemental security income under Title XVI. The United States Magistrate Judge entered a Report and Recommendation on February 22, 2016, recommending the decision of the Commissioner be affirmed. No objections have been filed of record as of this date.

The undersigned has made an independent examination of the record in this case. The Report and Recommendation is hereby ADOPTED, and the administrative decision of the Commissioner is AFFIRMED.

It is SO ORDERED.

Signed this the _____ 21st _____ day of March, 2016.

MARY LOU ROBINSON
United States District Judge